# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2130

_____

| | | |
|---|---|---|
| Carolyn Miles, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| University of Arkansas System, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 6, 2009
Filed: October 8, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Carolyn Miles appeals the District Court's[1] adverse grant of summary judgment in her employment-discrimination suit. After de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.